IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ED&F MAN CAPITAL MARKETS LTD. and ED&F MAN CAPITAL MARKETS MENA LTD., <br><br> Plaintiffs, <br><br> v. <br><br> JVMC HOLDINGS CORP. (f/k/a RJO HOLDINGS CORP.), JAMAL OULHADJ, and MUSTAPHA STEPHEN GHALLAMI, <br><br> Defendants. | Case No. 18-cv-5704 <br><br> Judge: Hon. Joan H. Lefkow |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant JVMC Holdings Corp. hereby certifies that it is a non-governmental corporate party, that it does not have any parent corporations, and that no publicly-held corporation owns 10% or more of its stock.

Dated: October 29, 2018

Respectfully submitted,

JVMC HOLDINGS CORP.

By: _/s/ Daniel F. Lanciloti_
Daniel F. Lanciloti
dlanciloti@freeborn.com
Gillian B. Lepore
glepore@freeborn.com
FREEBORN & PETERS LLP
311 South Wacker Drive, Suite 3000
Chicago, IL 60606
Telephone: 312.360.6000
Facsimile: 312.360.6520

*Attorneys for JVMC Holdings Corp.*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on the date shown below she caused the foregoing document to be electronically filed with the Clerk for the U.S. District Court for the Northern District of Illinois, which will send a notification and a copy of the document to all counsel of record.

Dated: October 29, 2018 /s/ Gillian B. Lepore
*Attorney for JVMC Holdings Corp.*