IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

ED&F MAN CAPITAL MARKETS LTD. and
ED&F MAN CAPITAL MARKETS MENA
LTD.,

    Plaintiffs,

v.

JVMC HOLDINGS CORP. (f/k/a RJO
HOLDINGS CORP.), JAMAL OULHADJ,
and MUSTAPHA STEPHEN GHALLAMI,

    Defendants.

Case No. 18-cv-5704

Judge: Hon. Joan Lefkow

I, Huong Hauduc, declare under penalty of perjury under the laws of the United States of America that the following declaration testimony is true and correct to the best of my knowledge.

1. I am the General Counsel, EMEA of RJ O'Brien Limited ("RJO UK"). RJO UK is the UK entity of the RJ O'Brien Group of companies to which RJ O'Brien Mena Capital Limited ("RJO Mena") belongs.

2. I make this statement in support of JVMC Holdings Corp., Jamal Oulhadj ("Oulhadj") and Stephen Ghallami's ("Ghallami") Motion to Dismiss the Complaint pending against them in the Northern District of Illinois, brought by ED&F Man Capital Markets Ltd. ("ED&F") and ED&F Man Capital Markets Mena Ltd. ("ED&F Mena").

3. Except where I indicate to the contrary, the facts and matters contained in this declaration are within my own knowledge.

4. RJO Mena and Mr. Ghallami are the Second and Third Defendants in an action brought in the Dubai International Finance Centre ("DIFC") Courts – Case number CFI 015-2018 (the "Dubai Action"). ED&F and ED&F Mena are the Claimants in the Dubai Action.

5. On October 9, 2018, a Case Management Conference took place before the DIFC to consider applications made by the parties including:

    a. The Claimants' application seeking Document Production orders, specifically documents relating to RJO Mena's employment of former ED&F Mena employees Benji Chtromberg ("Chtromberg") and Mark Smith ("Smith");

    b. Defendant Sayyed Hussain's application to exclude certain recordings and transcripts of telephone calls from evidence; and

    c. RJO Mena and Ghallami's application for an order that Claimants stay the US proceeding pending trial of the Dubai Action in December (the "Anti-Suit Application").

6. On October 31, 2018 the DIFC Court issued a decision granting Claimants' application and denying Defendants applications. The DIFC Court's decision is attached hereto as Exhibit 1.

7. The DIFC Court's decision required production of certain documents, as requested by Claimants, including all documents relating to the recruitment of Chtromberg and Smith. Claimants' requests for production of documents are is attached hereto as Exhibit 2.

8. On November 13, 2018, Defendants appealed the DIFC Court's decision as H.E. Justice Omar Al Mulhairi of the DIFC Court failed to give any supporting reasons for his decisions. Defendants appeal and Skeleton Argument in support of their appeal are attached hereto as Exhibit 3.

9. This appeal is still pending before the DIFC Court.

3

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on November 30, 2018.

_____
Huong Hauduc